(April 24, 1917.)

DON BENNETT, Appellant, v. H. H. THORNTON, JOHN LOWE, JOHN McMURRAY, as the Board of County Commissioners of Cassia County, Idaho, W. O. PRATT, as Sheriff of said Cassia County, UNITED STATES FIDELITY & GUARANTY COMPANY, and NATIONAL SURETY COMPANY, Respondents.

[164 Pac. 1013.]

APPEAL from the District Court of the Fourth Judicial District, for Cassia County. Hon. Edward A. Walters, Judge.

Action for damages. Motion for a change of venue denied and plaintiff appeals. *Dismissed.*

W. E. Abraham and T. Bailey Lee, for Appellant.

S. T. Lowe, for Respondents.

BUDGE, C. J.—By stipulation of counsel, entered into in this court, the above-entitled cause was submitted with the case of *Coburn v. Thornton et al., ante,* p. 347, 164 Pac. 1012, the same state of facts being involved. And upon the authority of that case the appeal from the order of the trial court, in this action, denying the motion for a change of venue and continuing the case for the term, is dismissed. Costs awarded to respondents.

Morgan and Rice, JJ., concur.